ORIGINAL



FILED

08/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0163

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 24-0163

HOLLY ANNE MATHIS,

Petitioner and Appellant,

v.

ORDER

STATE OF MONTANA,

Respondent and Appellee.

FILED

AUG 2 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Self-represented Appellant Holly Anne Mathis moves this Court for a subpoena duces tecum of a document. She has filed a brief in support. The State of Montana responds in opposition.

Mathis appeals a January 16, 2024 Order dismissing her Petition for Post Conviction Relief and Memoranda along with denying her Motion for a Subpoena Duces Tecum, issued in the Tenth Judicial District Court, Fergus County. Mathis requests that this Court review—in-camera—a produced copy of an investigative subpoena served upon a counselor in the underlying criminal case.

The State responds that Mathis's motion is improper. The State explains that her motion is an attempt to expand the record with a document that was not before the District Court and its ruling upon Mathis's Petition. M. R. App. P. 8(1). The State relies on the general rule that parties are bound to the record on appeal. *Bahm v. Southworth*, 2000 MT 244, ¶ 11, 301 Mont. 434, 10 P.3d 99; *In re C.M.C.*, 2009 MT 153, ¶ 37, 350 Mont. 391, 208 P.3d 809. The State concludes that denial is appropriate.

We agree with the State. This Court has received the record on appeal. As an appellate court of review, this Court does not conduct fact-finding, discovery, or other document acquisition. M. R. App. P. 1. Mathis is not entitled to her request. Therefore,

IT IS ORDERED that Mathis's Motion for Subpoena Duces Tecum is DENIED.

The Clerk is directed to provide a copy of this Order to counsel of record and to Holly Anne Mathis personally.

DATED this 21st day of August, 2024.

For the Court,

By _____
Chief Justice